In the Matter of the Petition of JOHN C. DAVIES, Attorney-General of the State of New York, Appellant, for an Order Directing CHARLES W. MORSE, Respondent, et al., to Appear Before a Referee for Examination.

Reported below, 55 App. Div. 245.
(Argued April 17, 1901; decided October 1, 1901.)

MOTION to dismiss an appeal, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 26, 1900, which reversed an order of Special Term denying a motion to vacate and set aside an order directing Charles W. Morse and others to appear and be examined under the provisions of chapter 690 of the Laws of 1899, and vacated such order.

The motion was made upon the ground that the order of the Appellate Division is not appealable to the Court of Appeals; that no answer to the questions certified can affect the order appealed from, and that none of the questions certified were actually determined by the Appellate Division. (See 168 N. Y. 89.)

*David Willcox, William Rand, Jr.,* and *Robert G. Scherer* for motion.

*John C. Davies, Attorney-General* (*J. Newton Fiero* and *Henry B. Coman* of counsel), opposed.

Motion denied, without costs.